**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jason Lamberson, | Civil No. 11-98 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Financial Crimes Services, LLC, | |
| Defendant. | |

Before the Court is Defendant's Appeal (Doc. No. 20) from United States Magistrate Judge Jeanne J. Graham's April 13, 2011 Report and Recommendation (Doc. No. 18) "striking" Defendant's "offer of judgment" (Doc. No. 6). Having concluded a de novo review of the Appeal, and the parties' written positions with respect thereto, the Court concludes the offer of judgment should be stricken and the Order appealed from affirmed.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Appeal (Doc. No. 20) is **DISMISSED**;

2. The Report and Recommendation (Doc. No. 18) is **ADOPTED**; and

3. The Offer of Judgment (Doc. No. 9, Ex. 1) is **STRICKEN**.

Dated: May 23, 2011

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge